## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **WILLIAM J. CRUZ and MEDSCAN, P.S.C.**, <br><br> *Defendant*. | CIVIL NO. 20-1294 (DRD) <br><br><br> CLAIMS OF FRAUD TO DEPARTMENT OF HUMAN HEALTH SERVICES, MEDICARE PROGRAM, PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §3729, ET SEQ. |

### CONSENT JUDGMENT

Plaintiff, the United States of America, filed a complaint before this Court on June 25, 2020, to recover civil monetary penalties from the Defendants', William J. Cruz and Medscan, P.S.C., for false claims to the United States Department of Health and Human Services, Medicare Program.

The parties have informed and jointly filed in Court a Stipulation for Consent Judgment (Docket No. 5), agreeing to the entry of a Judgment for the amount of One Million Dollars ($1,000,000.00), plus interest to be accrued from the date of Judgment. It appearing that the parties have entered and executed an Agreement for judgment by consent, and having verified the covenants within the Settlement Agreement attached at Docket No. 5, Exhibit 1, the Court approves the same and Judgment is entered accordingly.

WHEREFORE, Judgment is hereby entered in favor of the United States of America, for One Million Dollars ($1,000,000.00), plus interests, in accordance with the terms and conditions of the Settlement Agreement executed by the parties (Docket No. 5, Exhibit 1), all of which are adopted and incorporated herein.

The Court will retain jurisdiction over the parties and this subject for Judgment enforcement purposes.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 1st day of July, 2020.

*S/Daniel R. Dominguez*
Daniel R. Dominguez
Senior United States District Judge